# EXHIBIT A

US00D722277S

## (12) United States Design Patent
**Shin**

(10) Patent No.: **US D722,277 S**
(45) Date of Patent: ✱✱ **Feb. 10, 2015**

(54) **MINI LIGHT BAR FOR EMERGENCY VEHICLES**

(71) Applicant: **David D Shin**, Paramount, CA (US)

(72) Inventor: **David D Shin**, Paramount, CA (US)

(✱✱) Term: **14 Years**

(21) Appl. No.: **29/451,398**

(22) Filed: **Apr. 1, 2013**

(51) LOC (10) Cl. ............................................. **10-05**
(52) U.S. Cl.
 USPC ...................................... **D10/114.4**
(58) Field of Classification Search
 USPC ............... D26/28–36; D10/114.1–114.4; 362/269; 315/86
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,814,029 A | 11/1957 | McRea | |
| 3,278,741 A | 10/1966 | Wood | |
| D249,250 S | 9/1978 | Peirish, Jr. | |
| 4,357,595 A | 11/1982 | Gosswiller | |
| D274,001 S | 5/1984 | Sailers | |
| 4,620,268 A | 10/1986 | Ferenc | |
| 4,937,711 A | 6/1990 | Shuen | |
| 4,956,753 A | 9/1990 | Renfrew | |
| D324,921 S | 3/1992 | Stanuch et al. | |
| D345,315 S | 3/1994 | Green et al. | |
| D355,142 S | 2/1995 | Wagner | |
| D363,675 S | 10/1995 | Sasaki et al. | |
| D400,675 S | 11/1998 | Sopko | |
| D410,402 S | 6/1999 | Stein et al. | |
| RE36,245 E | 7/1999 | Stanuch et al. | |
| D419,249 S | 1/2000 | Ford et al. | |
| D442,106 S | 5/2001 | Stein et al. | |
| 6,461,008 B1 | 10/2002 | Pederson | |
| 6,511,206 B1 | 1/2003 | Strickland | |
| 6,590,502 B1 | 7/2003 | Pederson | |
| 6,623,151 B2 | 9/2003 | Pederson | |
| 6,788,217 B2 | 9/2004 | Pederson | |
| 6,789,930 B2 | 9/2004 | Pederson | |
| 6,814,459 B2 | 11/2004 | Pederson | |
| 6,822,578 B2 | 11/2004 | Pederson | |
| 7,033,036 B2 | 4/2006 | Pederson | |
| D545,230 S | 6/2007 | Jalala | |
| D564,928 S ✱ | 3/2008 | Belitz et al. | D10/114.4 |
| 7,394,398 B2 | 7/2008 | Pederson | |
| D578,425 S | 10/2008 | Shin | |
| D585,318 S | 1/2009 | Jalala | |
| D592,089 S | 5/2009 | Shin | |
| D604,188 S ✱ | 11/2009 | Shin | D10/114.4 |
| D608,674 S ✱ | 1/2010 | Lyons | D10/114.4 |
| D627,247 S ✱ | 11/2010 | Shin | D10/114.4 |
| 2008/0080203 A1 | 4/2008 | Neufeglise | |

✱ cited by examiner

*Primary Examiner* — Marcus Jackson
(74) *Attorney, Agent, or Firm* — Kirk A. Buhler; Buhler & Associates

(57) **CLAIM**

The ornamental design for a mini light bar for emergency vehicles, as shown and described.

**DESCRIPTION**

FIG. 1 is a top, right perspective view of a mini light bar for emergency vehicles showing my new design;
FIG. 2 is a top view thereof;
FIG. 3 is a bottom view thereof;
FIG. 4 is a front view thereof;
FIG. 5 is a back view thereof;
FIG. 6 is a left view thereof;
FIG. 7 is a right view thereof; and,
FIG. 8 is a view of the mini light bar for emergency vehicles mounted on the roof of vehicle.
The broken lines in FIGS. 3 and 8 depict environmental subject matter of mounting hardware for the invention and form no part of the claimed design.
The broken lines in FIG. 8 depict environmental subject matter of mounting hardware for the invention on a vehicle only and form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**





**FIG. 1**



FIG. 2

FIG. 3



**FIG. 4**



**FIG. 5**



**FIG. 6**



**FIG. 7**



FIG. 8

# EXHIBIT B

| UNIFORMS WAREHOUSE PRODUCT | PATENT NUMBER | NAME & MODEL |
|---|---|---|
|  | D722,277S | MINI GEN 3.5 LED LIGHTBAR<br><br>COLOR: AMBER, CLEAR RED, BLUE, GREEN, AMBER CLEAR, RED BLUE<br><br>MODEL: LED13A/LED13B/LED13R /LED13G/LED13C/LED13 RB |